IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE CORNEJO,** | Case No. 2:18-cv-00572-MCE |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **CHRISTIAN PFEIFFER,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional SIXTY (60) days, to and including July 24, 2018 to fila a responsive pleading to Petitioner's petition for a writ of habeas corpus.

Dated: May 31, 2018

The Honorable Edmund F. Brennan

1