UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE CORNEJO,<br><br>  Petitioner,<br><br>  v.<br><br>CHRISTIAN PFEIFFER, Warden, et al.,<br><br>  Respondents. | No. 2:18-cv-0572-MCE-EFB P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding through counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 20, 2018, petitioner requested an extension of time to file his opposition to respondent's motion to dismiss.

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 15) is granted and petitioner has 30 days from the date this order is served to file his opposition.

Dated: August 22, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE